UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YADI MARK,<br>    Plaintiff,<br><br>versus<br><br>COVINGTON DEVELOPMENT, L.L.C.;<br>AND WALGREEN LOUISIANA CO., INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action<br>) File No. 15-5890<br>)<br>)<br>) Judge IVAN L.R. LEMELLE<br>)<br>) Magistrate JOSEPH C. WILKINSON<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff, Yadi Mark, files this stipulation of dismissal with prejudice. Neither defendant to this action has filed an answer or motion for summary judgment.

Respectfully submitted on this the 5th day of January, 2016.

*/s/ Garret S. DeReus*
ANDREW D. BIZER (#30396)
GARRET S. DeREUS (#35105)
3319 St. Claude Avenue
New Orleans, Louisiana 70117
Telephone: (504) 619-9999
Facsimile: (504) 948-9996
E-mail: gdereus@bizerlaw.com

COUNSEL FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 5th day of January, 2016, a copy of the foregoing was served upon all counsel of record via email.

                                            */s/ Garret S. DeReus*
                                            GARRET S. DeREUS